# UNITED STATES DISTRICT COURT
for the
District of Maryland

☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

12:08 pm, Jan 28 2021

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____crp_____ Deputy

| | |
|---|---|
| United States of America<br>v.<br><br>BLAINE KLUGE<br><br>*Defendant(s)* | )<br>)<br>) Case No.  1:21-mj-208 TMD<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 30, 2019__ in the county of __Harford__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 5861(d) | Possession of Unregistered Firearm |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

*Timothy Moore*
Complainant's signature

Timothy K. Moore, Special Agent, ATF
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 1/28/2021

Judge's signature

City and state: Baltimore, Maryland

Thomas M. DiGirolamo, U.S. Magistrate Judge
Printed name and title