IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA    *

v.    *    Criminal No. RDB-22-042

BLAINE KLUGE    *

*   *   *   *   *   *   *   *   *   *   *   *   *   *

## ORDER

Pursuant to 18 U.S.C. § 3583(e)(2) and for the reasons stated in Blaine Kluge's Motion to Modify Conditions of Supervised Release, it is this  15th  day of August 2023,

ORDERED that the Motion is GRANTED; it is further

ORDERED that Mr. Kluge's conditions of supervised release are hereby modified to remove the home detention condition; and it is further

ORDERED that all other release conditions remain in full force and effect.

_____
Hon. Richard D. Bennett
United States District Judge